IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE LAW OFFICES OF PAUL A. SAMAKOW, P.C., *et al.,*<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-2200 (PTG/WBP) |

## ORDER

This matter comes before the Court on the July 11, 2025 Report and Recommendation ("R&R") from Magistrate Judge William B. Porter regarding Plaintiff Minnesota Lawyers Mutual Insurance Company's ("MLM") Motion for Default Judgment (Dkt. 26). Judge Porter advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 34 at 12. To date, no objections have been filed.

After reviewing the record and Judge Porter's Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Porter set forth in the R&R (Dkt. 34). The Court finds the following:

1. Mr. Samakow and Samakow Law made material misrepresentations of fact to MLM in the insurance application and Warranty Statement.

2. Because of the material misrepresentations on the insurance application and Warranty Statement the insurance policy is void ab initio and any renewal policies issued after November 1, 2023, are also void ab initio.

3. MLM owes no coverage, indemnification, or defense to Mr. Samakow or Samakow Law with respect to the subject lawsuit, or any of the claims or causes of action asserted in the subject lawsuit, or any causes of action or claims by Ms. Jones.

4. MLM owes no benefit, defense, or indemnification to Mr. Samakow, Samakow Law, or any other persons or entities under the policy since the policy is void ab initio.

It is hereby,

**ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 34) is **GRANTED**; and it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff and against Defendants.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further **DIRECTED** to forward a copy of this Order to all parties of record.


To appeal this decision, Defendants must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendants want to appeal. Defendants need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendants' right to appeal this decision.


Entered this 13th day of March, 2026.
Alexandria, Virginia

_____
/s/
Patricia Tolliver Giles
United States District Judge